AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Twin City Fire Insurance Co., <br> Plaintiff, <br> v. <br> Vonachen Services, Inc., Annastasia Rodriguez, Individually and on behalf of all others similarly situated, and Jessi Gumm, individually and on behalf of all others similarly situated, <br> Defendants. | ) ) ) ) ) ) ) ) ) Civil Action No.  20-1150 |
| Vonachen Services, Inc., <br> Counter Claimant, <br> v. <br> Twin City Fire Insurance Co., <br> Counter Defendant. | ) ) ) ) ) ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: The Court finds the Rodriguez and Gumm Actions are a single, interrelated claim under the Policy. Twin City has a duty to defend Vonachen with respect to the underlying lawsuits, the Rodriguez Action, Case No. 2019-CH-12773, pending in the Circuit Court of Cook County, Illinois – Chancery Division, and the Gumm Action, Case No. 20-CH-00139, pending in the Tenth Judicial Circuit, Peoria County, Illinois, pursuant to the terms of Twin City's Private Choice Premier Policy to Vonachen, Policy Number 83 KB 0336944-19. Twin City's remaining claims for indemnification are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   James E. Shadid   on a motion for Summary Judgment.

Date:   10/21/21

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk